## Case No. 2,156a.

### Ex parte BURKE.

District Court, E. D. Pennsylvania. Aug. 21, 1863.

ARMY—ENLISTMENT OF MINOR—CONSENT OF PARENTS.

[A minor, 17 years of age, who has enlisted in the United States army without his parents' consent, is entitled to discharge on habeas corpus.]

[Cited in 1 Brightly, Fed. Dig. 51.]

At law. Habeas corpus.

[Before CADWALADER, District Judge.

---

## Case No. 2,157.

### In re BURKE et al.

[15 N. B. R. 40.][1]

District Court, S. D. New York. Nov. 21, 1876.

BANKRUPTCY—SALE BY ASSIGNEE — PUBLICATION OF NOTICE—DESIGNATION OF NEWSPAPERS.

The register may designate the newspapers in which notice of a sale by the assignee shall be published.

[Cited in Hills v. Alden, Case No. 6,507.]

In bankruptcy. Upon the petition of the assignee to have papers designated for publication of notice of sale at public auction.

BLATCHFORD, District Judge. General Order No. 5, of the new general orders, provides that the registers may make all requi-

---

[3] [From 3 N. B. R. 296 (Quarto, 76), and Am. Law T. Rep. 45.]

[4] [From 3 N. B. R. 296 (Quarto, 76), and 2 Am. Law T. Rep. 45.]

[1] [Reprinted by permission.]

site uncontested orders which are not by statute specially required to be made by the district court itself. Section 4 of the act of 1874 [18 Stat. 178] does not require newspapers to be designated by the court, but by the judge, while that same section does name the court as distinct from the judge in connection with the doing of certain things. Therefore, the register is, within section 4 of the act of 1874, the judge for designating newspapers.